UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FARMERS RICE MILLING
COMPANY, ET AL.

VERSUS

CERTAIN UNDERWRITERS
AT LLOYD'S LONDON, ET AL.

CIVIL ACTION

21-503-SDD-SDJ

### RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Scott D. Johnson dated April 12, 2022, to which an *Objection*[3] was filed. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Plaintiffs' *Motion for Remand*[4] filed by Plaintiffs is DENIED.

Baton Rouge, Louisiana the 28 day of April, 2022.

_____
SHELLY D. DICK, CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 6.
[2] Rec. Doc. 35.
[3] Rec. Doc. 36.
[4] Rec. Doc. 6.