# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

FARMERS RICE MILLING
COMPANY, LLC, ET AL.

VERSUS

CERTAIN UNDERWRITERS
AT LLOYD'S LONDON, ET AL.

CIVIL ACTION

21-503-SDD-SDJ

## RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Scott D. Johnson dated July 5, 2024, to which no objection was filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Lift Stay and Remand[3] is DENIED.

Signed in Baton Rouge, Louisiana the 25 day of July, 2024.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 47.
[2] Rec. Doc. 54.
[3] Rec. Doc. 47.